# Order

Michigan Supreme Court
Lansing, Michigan

December 26, 2012

Robert P. Young, Jr.,
Chief Justice

145877

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

CHRYSLER FINANCIAL SERVICES
AMERICAS, LLC f/k/a DAIMLERCHRYSLER
FINANCIAL SERVICES AMERICAS LLC,
      Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
      Defendant-Appellee,

and

STATE TREASURER and STATE OF
MICHIGAN,
      Defendants.
_____/

SC: 145877
COA: 304105
Court of Claims: 11-000007-MT

On order of the Court, the application for leave to appeal the August 7, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 26, 2012

_____
Clerk

p1217